IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-CR-00183

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM M. WHITTINGTON,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
5/2/2018
JEFFREY P. COLWELL, CLERK

## INFORMATION
26 U.S.C. § 7206(1)

The United States charges:

### COUNT 1

(26 U.S.C. § 7206(1) – Filing a False Individual Income Tax Return)

On or about December 6, 2011, in the District of Colorado and elsewhere, the defendant, WILLIAM WHITTINGTON, did willfully make and subscribe to a false and fraudulent 2010 U.S. Individual Income Tax Return, Form 1040, in his own name, which was verified to be true and correct by a written declaration that it was made under the penalties of perjury, and was filed with the Internal Revenue Service, which said tax return the defendant did not believe to be true and correct as to every material matter, in that the tax return falsely showed Total Income (Line 22), of $72,000, whereas in truth and in

fact, as he well knew and believed, his actual Total Income was substantially in excess of that amount.

All in violation of Title 26, United States Code, Section 7206(1).

DATED: April 13, 2018

Respectfully Submitted by:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

By:s/Lori A. Hendrickson
  LORI A. HENDRICKSON
  Trial Attorney
  U.S. Dept. of Justice, Tax Division
  P.O. Box 972
  Tel: (202) 514-2174
  Fax: (202) 514-9623
  Lori.A.Hendrickson@usdoj.gov

  KATHLEEN M. BARRY
  Trial Attorney
  U.S. Dept. of Justice, Tax Division
  P.O. Box 972
  Tel: (202) 305-3197
  Fax: (202) 514-9623
  Kathleen.M.Barry@usdoj.gov

  SARAH A. KIEWLICZ
  Trial Attorney
  U.S. Dept. of Justice, Tax Division
  P.O. Box 972
  Tel: (202) 305-3637
  Fax: (202) 514-9623
  Sarah.Kiewlicz@usdoj.gov