DEFENDANT: William M. Whittington

DATE: April 13, 2018

YOB: 1949

ADDRESS (CITY/STATE):   Scottsdale, Arizona

COMPLAINT FILED?   _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO OFFENSE SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

NO WARRANT IS REQUIRED – defendant will plead guilty to an information and waive indictment

OFFENSES: 26 U.S.C. Section 7206(1)

LOCATION OF OFFENSES: Pagosa, Colorado, District of Colorado

PENALTY:   3 years, 1 year supervised release, $250,000 fine, $100 special assessment

AGENT:   IRS-CI SA Robert Smith, Denver

AUTHORIZED BY:   Trial Attorney Lori A. Hendrickson

ESTIMATED TIME OF TRIAL:   N/A – entering a guilty plea to an information

_____ five days or less      _____ over five days      _____ other

THE GOVERNMENT

_____ will seek pre-trial detention in this case

__X__ will not seek pre-trial detention in this case

The statutory presumption of detention **is** or **(is not)** applicable to this defendant. **(Circle one)**

OCDETF CASE:   _____ Yes   __X__ No