## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

| | |
|---|---|
| Date:  May 2, 2018 | Probation/Pretrial: |
| Secretarial Assistant: Patricia I.  Berg | Interpreter: |
| FTR | |

Criminal Case No.: 18-CR-00183-REB-DW

UNITED STATES OF AMERICA,

                                        Lori A. Hendrickson and Kathleen M. Barry, AUSA

        Plaintiff,

v.

1.  William M. Whittington,                Counsel: Jay Nanavati

        Defendant.

---

## COURTROOM MINUTES - INITIAL APPEARANCE, WAIVER OF INDICTMENT, ENTRY OF PLEA AND BOND

**Court in Session: 8:57 a.m.**

Court calls case and appearances entered.
Defendant present in with Counsel.

Court advises Defendant of all rights, charges and penalties in the Information.

Defense presents Waiver of Preliminary Hearing and Waiver Of An Indictment. Defendant questioned regarding same.

Waiver of Preliminary Hearing and Waiver Of An Indictment are received and accepted as knowing, voluntary and intelligent.

**ORDERED:**
- **This matter is designated a "Durango Case" to be handled in accordance with the Durango Protocol.**

1

Defendant files Consent of Defendant to proceed before the Magistrate Judge [Exhibit 1].

Defendant advised regarding Consent of Defendant.

A written Plea Agreement [Exhibit 2] and Statement by Defendant in Advance of Plea of Guilty [Exhibit 3] are filed with the Court.

Defendant sworn.

Defendant advised regarding:

1)   The Plea Agreement;
2)   The maximum and minimum penalties that may be imposed upon his entry of plea of Guilty to Count One of the Information;
3)   The objectives and factors in 18 U.S.C. §3553(a).

The Court explains Defendant's right to a trial by jury and other constitutional rights and confirms that the Defendant desires to waive such rights.

**ORDER:**   Consent of the Defendant, Plea Agreement and Statement by Defendant in Advance of Plea of Guilty(Exhibits 1, 2 & 3) are received and admitted.

The Court makes the following findings:

- Defendant competent
- Understands the nature of the charge to which he is pleading Guilty
- Understands possible penalties
- Understands Constitutional rights he is giving up
- Plea of Guilty is voluntary
- Defendant satisfied with the representation of his counsel
- Defendant acknowledges and agrees with factual basis

and recommends the acceptance of the Defendant's plea of Guilty to Count One of the Information.

Pursuant to Fed. R. Crim. Proc. 59(b)(2), the parties may object to the Findings and Recommendation within fourteen (14) days.

**ORDER:**   The Probation Department shall conduct a pre-sentence investigation and submit a Pre-Sentence Report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the pre-sentence investigation and shall cooperate fully with the Probation Department.

**ORDER:**     Pursuant to Durango Protocol, the Sentencing Hearing is tentatively set to take place on October 9, 2018 at 9:00 a.m., 1060 East Second Avenue, Room 150, Durango, Colorado 81301 before Judge Robert Blackburn.

**ORDER:**     Defendant granted a $10,000 unsecured bond with conditions of release.

Hearing Concluded
**Court in Recess: 9:27 a.m.**
Time: 30 Minutes