AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| William Whittington | )    Case No.  18-CR-00183 |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: ___04/27/2018___

_____
Defendant's signature

_____
Signature of defendant's attorney

Jay R. Nanavati (Virginia State Bar Number 44391)
Printed name and bar number of defendant's attorney

Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
Address of defendant's attorney

jnanavati@kflaw.com
E-mail address of defendant's attorney

(202) 875-8000
Telephone number of defendant's attorney

(202) 844-3500
FAX number of defendant's attorney