AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cr-183 |
| William Whittington | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William Whittington                                                .

Date:   05/03/2018                                   s/ Jay R. Nanavati
                                                              *Attorney's signature*

                                      Jay R. Nanavati (Virginia State Bar No. 44391)
                                                      *Printed name and bar number*
                                                      Kostelanetz & Fink LLP
                                                      601 New Jersey Avenue NW
                                                      Suite 620
                                                      Washington, DC 20001
                                                              *Address*

                                                      jnanavati@kflaw.com
                                                              *E-mail address*

                                                      (202) 875-8000
                                                              *Telephone number*

                                                      (202) 844-3500
                                                              *FAX number*