**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Durango Division**

Criminal Case No. 1:18-CR-00183

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIAM WHITTINGTON,

        Defendant.

---

**DEFENDANT'S MOTION FOR LEAVE TO TRAVEL TO MEXICO FOR WORK**

---

        Defendant William Whittington, by and through his counsel Jay Nanavati, respectfully moves the Court for leave to travel to Mexico for work.

        Mr. Whittington is a professional race car driver. He needs to be able to enter races to earn money to pay his approximately $1.8 million in restitution, which is due by his sentencing. Some of the most important and remunerative races take place in the Mexican State of Baja California.

        Mr. Whittington has known that he was under criminal investigation for several years and has never fled. Additionally, both before and during the investigation, Mr. Whittington regularly competed in races in Mexico. In fact, he was at a race in Mexico when he signed the plea agreement that he knew contained an 18-month prison term. He has always returned.

1

If the Court allows Mr. Whittington to travel to Mexico for work, he would of course keep his probation officer fully informed of his whereabouts and would remain in contact with him or her. Mr. Whittington seeks permission to travel to the following events:

50th Anniversary SCORE Baja 500
Ensenada, Baja California, Mexico
May 30-June 3, 2018

Tijuana 22nd SCORE Desert Challenge
Tijuana, Baja California, Mexico
September 19-23, 2018

The defense has raised this issue with the Government, and the Government has indicated that it would object to this request.

Dated: May 7, 2018                                  Respectfully submitted,

                                                    s/ Jay Nanavati
                                                    Jay R. Nanavati
                                                    Kostelanetz & Fink LLP
                                                    601 New Jersey Avenue NW
                                                    Suite 620
                                                    Washington, DC 20001
                                                    (202) 875-8000 (T)
                                                    (202) 844-3500 (F)
                                                    jnanavati@kflaw.com

                                                    *Attorney for Defendant William Whittington*

2