## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:18-cr-00183-REB-DW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM M. WHITTINGTON,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court as a government attorney, and I appear in this case as counsel for:

    The United States of America

DATED at Washington, D.C. this 7th day of May, 2018.

/s/ Sarah A. Kiewlicz
Name of Attorney

U.S. Dept. of Justice, Tax Division
Firm Name

P.O. Box 972
Office Address

Washington, D.C. 20044
City, State, ZIP Code

(202) 305-3637
Telephone Number

Sarah.Kiewlicz@usdoj.gov
Primary CM/ECF E-mail Address