IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No.   18-CR-00183-REB-DW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. WILLIAM M. WHITTINGTON,

Defendant.

---

## MINUTE ORDER RE DEFENDANT'S MOTION FOR LEAVE TO TRAVEL TO MEXICO FOR WORK [DOC 12]

---

### ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST

Defendant's Motion For Leave To Travel To Mexico For Work [Doc 12] has been referred by Judge Robert Blackburn to the Magistrate Judge for ruling.

Defendant's Motion For Leave To Travel To Mexico For Work [Doc 12] is GRANTED. Defendant may travel to Ensenada Baja California, Mexico from May 30 to June 3, 2018 and to Tijuana Baja California, Mexico from September 19 to September 23, 2018.

Probation Department is to return Defendant's passport to Defendant for purposes of employment travel.

**DATED:   May 14, 2018**

BY THE COURT:

s/David L. West
United States Magistrate Judge

1