**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:18-cr-00183-REB-DW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM M. WHITTINGTON,

    Defendant.

---

**GOVERNMENT'S NOTICE OF PARTIES' STIPULATION
AS TO RESTITUTION AMOUNT**

---

    The United States of America, by and through Richard E. Zuckerman, Principal Deputy Assistant Attorney General, Tax Division, United States Department of Justice, and Kathleen M. Barry, Lori A. Hendrickson, Sarah A. Kiewlicz, Trial Attorneys, Tax Division, United States Department of Justice, respectfully files this Notice of Parties' Stipulation as to Restitution Amount, which is a joint statement and an explanation of the tax loss and relevant conduct amount.

    The Government hereby provides Notice to the Court and Probation Office that the parties have agreed that the total amount of restitution and relevant conduct as it relates to the above titles matter is $1,804,865.00. During the Sentencing Hearing on October 9, 2018, the parties will request that the Court formally consider and accept this figure. The specific details of the restitution figure are set forth below and supersede any prior figures submitted to probation and the figure included in the plea agreement. No testimony is anticipated due to this stipulation.

**LGT Bank Reported Income:**

| | |
|---|---|
| Interest Income (2003-2011): | $1,017,296.00 |
| Capital Gains: | $1,993,167.00 |
| PFIC Income Per OVDP Audit: | $1,608,106.00 |
| Total LGT Bank Reported Income: | $4,618,569.00 |

**Foundation Income:**

| | |
|---|---|
| Taok Foundation FBAR 2009: | $9,625,089.00 |
| Nee Foundation FBAR 2009: | $1,135,876.00 |
| FBAR Total: | $10,760,965.00 |
| Less Reported Income: | -$1,000,000.00 |
| Subtotal: | $9,760,965.00 |
| Less Reported LGT Bank Income: | -$4,618,569.00 |
| Total Unreported LGT Bank Income: | $5,142,396.00 |
| Tax on Unreported LGT Bank Income: | $1,439,871.00 |

**Unreported Income – Personal Expenses:**

| | |
|---|---|
| 2010: | $137,640.00 |
| 2011: | $122,904.00 |
| 2012: | $104,450.00 |
| Total Unreported Income – Personal Expenses: | $364,994.00 |
| **Total Tax Loss:** | **$1,804,865.00** |

Undersigned counsel for the Government represents that she has conferred with defense counsel, Jay Nanavati, and that she has counsel's permission to make this joint representation to the Court in advance of the Sentencing Hearing.

Respectfully submitted this 14th day of September 2018.

        **RICHARD E. ZUCKERMAN**
        Principal Deputy Assistant Attorney General
        United States Department of Justice,
        Tax Division

        s/ Kathleen M. Barry
        ***KATHLEEN M. BARRY***
        Trial Attorney
        United States Department of Justice,
        Tax Division
        601 D Street N.W., Room 7334
        Washington, D.C. 20044
        Telephone: (202) 514-5762
        Fax: (202) 514-5762
        E-mail: Kathleen.M.Barry@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT ON THIS THE 14th DAY OF SEPTEMBER, 2018, I electronically filed the foregoing GOVERNMENT'S NOTICE OF PARTIES' STIPULATION AS TO RESTITUTION AMOUNT using the CM/ECF system which will send notification of such filing to the following e-mail address:

Jay Nanavati, Esq.
E-mail: jnanavati@kflaw.com
Attorney for William M. Whittington.

                                      s/ Kathleen M. Barry
                                      KATHLEEN M. BARRY
                                      Trial Attorney
                                      United States Department of Justice,
                                      Tax Division