**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Durango Division**

Criminal Case No. 1:18-CR-00183

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM WHITTINGTON,

      Defendant.

---

**DEFENDANT'S MOTION TO CONTINUE SENTENCING OR TO DELAY**
**REPORT DATE TO BUREAU OF PRISONS**

---

Defendant William Whittington, by and through his counsel Jay Nanavati, respectfully moves the Court for a three-to-four-month continuance of the October 9, 2018, sentencing, or in the alternative, for a similar delay of Mr. Whittington's report date to the Bureau of Prisons.

Mr. Whittington has recently consulted with his physicians regarding two conditions. First, Mr. Whittington has an umbilical hernia that requires surgical repair. The physician would like to perform the operation on October 26, 2018. The recommended recovery period is six weeks.

Second, Mr. Whittington has an ankle condition that requires surgery. As a result of a crash earlier in his auto racing career, the talonavicular joint in Mr. Whittington's ankle has arthritis and a "massive osteophyte" or bony outgrowth associated with the degeneration of cartilage at the joint. This causes him considerable pain. His physician

1

recommends surgery and indicates that recovery will take three months. He has a pre-operative evaluation scheduled for October 12, 2018.

The defense requests a three-to-four-month continuance of the October 9, 2018, sentencing, or in the alternative, for a similar delay of Mr. Whittington's report date to allow Mr. Whittington to enter the custody of the Bureau of Prisons in adequate health to serve his sentence. Mr. Whittington does not make this motion for purposes of delay and stands ready to provide documentation of all of these representations to the Court under seal if needed.

The defense has raised this issue with the Government, and the Government has indicated that it objects to any continuance of the sentencing but does not object to a reasonable report date provided that Mr. Whittington surrenders his passport to the Court.

Dated: September 27, 2018                    Respectfully submitted,


                                             s/ Jay Nanavati
                                             Jay R. Nanavati
                                             Kostelanetz & Fink LLP
                                             601 New Jersey Avenue NW
                                             Suite 620
                                             Washington, DC 20001
                                             (202) 875-8000 (T)
                                             (202) 844-3500 (F)
                                             jnanavati@kflaw.com

                                             *Attorney for Defendant William Whittington*