May 31, 2018

Honorable Robert E. Blackburn
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO  80294-3589

Your Honor,

Thank you for allowing me to introduce my father to you.

I have had a bit of trepidation in writing this letter, and have relied on Biblical verses pinned to my desk, as I truly want to say the right thing to have you understand who my father is, one from Lamentations 3:25-26 to keep my hope in the Lord and one from Colossians 3:15 to keep the peace of Christ in my heart.  I smile as I mention these as I can imagine that my father would be texting verses to me about by worries if he knew I was struggling.

My father is an influence in the lives of myself and each member of my family, from his morning Bible verse texts, to being a sounding board for business ideas, even to brainstorming how to pull a prank on my brother.  He is passionate about his faith and he believes in people, and he forgives people.

I could take this moment to recount stories from my childhood stories discussing the personal and professional growth of me as a person, and my father's enormous influence, I could take this moment to discuss how he has rushed to my side when we lost our son, or when he rushed to my side when I was diagnosed with multiple sclerosis; however, I believe it would be much more pertinent to understand how he interacts with people as a reflection of his character.

Years ago he befriended a gentleman in prison, who came to stay with us at our friend's ranch.  Being around him as he cared for this gentleman, who was dying of cancer, left an indelible impression upon my heart.  He stopped everything to teach him about plowing snow and riding a snowmobile.  They had Bible studies together and broke bread daily.  This tenderness and attention to others was not an isolated event.  Years later he befriended people who needed second chances, and maybe a good Christian counselor, to work with us at our friend's ranch, some of which turned out very positive, and unfortunately, some of them were heartbreakers.  In all instances he threw himself into connecting with these people, through food, through the Bible and through working with them side by side.

In recent years, he has befriended a woman in Pagosa Springs who everyone affectionately calls, "Big Red."  Barbara is a kind woman with a huge heart and my father has been attentive to her.  He has taken care of some limited matters financially, provided transportation to her, provided for her to find her son when he was out of communication during his firefighting season, he has even invited her to functions to make sure she was included in the community on a more personal level. She is a town staple who needs someone with a kind spirit and heart as large as hers

to watch over her. My father is that person and encourages others to watch over her as well.

My point is that, it is not just family which my father cares for, it is his community. He keeps up with people's children, he supports their efforts and checks on their hobbies. He has nicknames for everyone, he laughs with others during their stories, and, in short, he truly cares about others.

I understand that the issues that bring him to your court are serious; however, I would request that you look at my father as the man that he is, that you consider our need for him to be present in the lives of our family members, and be merciful to him as he is to others.

Thank you for you time and consideration,

*[signature]*

Nerissa Whittington