David Yerton
309 North 14th Street
Pagosa Springs, CO 81147

May 21, 2018

Honorable Robert E. Blackburn
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

Dear Judge Blackburn,

My name is David Yerton and I have known Bill Whittington as a mentor and friend since 1998. I am sorry to hear that his conduct brings him before your court. He has been an important support to me, so I am grateful for this opportunity to share my thoughts about him.

When I was eleven years old, my father was incarcerated. I was a just a kid so I was shocked, scared, and disoriented. Through friends, I met Bill and he took me under his wing. He became like a substitute father for me while I was feeling lost. He included me on trips to go snowboarding and motorcycle rides. Looking back, I appreciate what a giving, steady presence he was in my life.

Bill and my mother were romantically involved for a few years and moved in together when I was a teenager. When that relationship ended, he took me aside and made sure I knew that he and I would stay close. Bill was a father figure to me back then and he still is today.

Bill is my wisdom coach. He is a practicing Christian and studies the Bible. If I am struggling with a problem in my life, he often quotes scripture to make a point. I have been lucky to receive the blessing of his guidance. Whenever we are together dirt biking, wake boarding, or fixing cars, I always laugh and learn something new.

Also, I see how he reaches out to people less fortunate than he is. In one case, he helped a local woman struggling with mental illness get some housekeeping work. We live in a small town and everyone could see that she was in trouble. But it was Bill who stepped up to offer practical assistance. He doesn't show off his kindness. He just goes about it quietly and humbly.

I admire Bill for the way he keeps doing what he loves. Just recently he won the Silver State 300 in Las Vegas. Before that, I travelled to be on his razor racing pit crew for the Baja 1000. His love for racing shows no signs of slowing

down. He has been a role model for me. He has taught me how to own up to my mistakes, learn from my worst days, and keep moving forward towards peace and happiness.

I know Bill has been in trouble with the law in his past. He has faced the consequences of his actions before and he will again now. Since this case came up, he has reacted with honesty and calm. He takes it as it comes and keeps a positive attitude. Bill seeks the good purpose in everything. So even now I know he will seek meaning in this latest chapter. I love Bill and hope the court will consider my letter at sentencing.

With respect,


David Yerton