# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-CR-183-REB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**1. WILLIAM M. WHITTINGTON**,

    Defendant.

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SENTENCING

Comes now the United States, by and through its counsel Richard E. Zuckerman, Principal Deputy Assistant Attorney General, Department of Justice, Tax Division, and Lori A. Hendrickson, Kathleen M. Barry and Sarah A. Kiewlicz, Trial Attorneys, Department of Justice, Tax Division, and files its Opposition to Defendant's Motion to Continue Sentencing. Doc. 20.

## BACKGROUND

On May 2, 2018, defendant pleaded guilty to one count of filing a false individual income tax return, in violation of 26 U.S.C. Section 7206(1), before Magistrate Judge David L. West. Doc. 2. The Court and the parties agreed to an extended period of time between the guilty plea and sentencing hearing (five months instead of the typical three months), to allow defendant to get his affairs in order and to make arrangements to pay full restitution to the IRS [$1,804,865] on or before his sentencing hearing.

1

On May 7, 2018, defendant filed a Motion for Leave to Travel to Mexico for Work. Doc. 12. The Court granted that motion and issued an order permitting defendant to travel to Mexico from May 30 to June 3, 2018 and from September 19 to 23, 2018. Doc. 16.

On September 14, 2018, the parties filed a stipulation to the tax loss of $1,804,865 for purposes of the Guidelines calculation and for restitution. Doc. 18.

On September 26, 2018, counsel for defendant contacted government counsel regarding his intent to file a motion to continue sentencing for three or four months for medical reasons, or in the alternative, to delay reporting to prison for three or four months.

Later the same day, counsel for the government notified defense counsel it would oppose a continuance of the sentencing hearing. The government requested that defendant return his passport immediately to the Probation Office, and then the government would consider an extended reporting date after the passport was surrendered. Additionally, government counsel notified defense counsel that the government would consider agreeing to an extended reporting date *after* reviewing paperwork provided by the doctors as to the medical procedures needed, the time of recovery, etc.

On September 28, 2018, the Court issued an order setting the sentencing hearing for October 10, 2018, at 10 am. Doc. 25.

## **ARGUMENT**

The government is skeptical of defendant's last-minute request for a continuance. If defendant was well enough to travel to Mexico for work last week, then

there is no reason to delay the sentencing hearing. The government respectfully asks the Court to defer ruling on the motion for an extended reporting date until the sentencing hearing on October 10, 2018. Additionally, the government respectfully requests the Court to order defendant to provide relevant medical information to the Court and to the government no later than October 3, 2018. That would allow the Court and the government to have an opportunity to review defendant's medical records and to verify the Bureau of Prison's ability to treat defendant while in custody prior to the sentencing hearing.

## **CONCLUSION**

The United States respectfully requests that this Court DENY the motion to continue the sentencing hearing and proceed as scheduled. The government further asks that the Court defer ruling on defendant's request for a delayed reporting date, and instead order defendant to provide the Court and the government with relevant medical records no later than October 3, 2018.

DATED this 28 day of September, 2018.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Department of Justice, Tax Division

s/Lori A. Hendrickson
LORI A. HENDRICKSON
Trial Attorney
Tax Division, Criminal Enforcement
601 D St NW
Washington, DC 20004
Telephone: (202) 353-0542
Fax: (202) 514-9623
Email: Lori.A.Hendrickson@usdoj.gov
Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2018, a true and correct copy of the foregoing was served electronically on the following:

All Counsel of Record

s/Lori A. Hendrickson
Department of Justice, Tax Division

4