**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 18-cr-00183-REB-DW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM WHITTINGTON,

    Defendant.

**ORDER DENYING MOTION TO CONTINUE SENTENCING
OR TO DELAY REPORT DATE TO BUREAU OF PRISONS**

**Blackburn, J.**

The matter before me is **Defendant's Motion To Continue Sentencing or To Delay Report Date to Bureau of Prisons** [#20],[1] filed September 27, 2018. In its response [#26], filed September 28, 2018, the government opposes a continuation of the sentencing hearing, asks the court to defer ruling on the request for delayed reporting date, and requests the defendant provide the court and the government with relevant medical records by October 3, 2018 . After careful consideration of the motion, response, record, and apposite law,

**IT IS ORDERED** as follows:

1. That the **Defendant's Motion To Continue Sentencing or To Delay Report Date to Bureau of Prisons** [#20] is denied in part and deferred in part:

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      a.      the motion is denied insofar as it seeks a continuance of the sentencing hearing now set October 9, 2018; and

      b.      the motion is deferred for further hearing at the conclusion of the sentencing hearing insofar as it seeks a delayed reporting date to the Bureau of Prisons.

Dated October 2, 2018, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge