IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Durango Division

Criminal Case No. 1:18-CR-00183

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIAM WHITTINGTON,

        Defendant.

---

**DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS**

---

Defendant William Whittington, by his counsel Jay Nanavati, respectfully moves the Court for leave to file certain medical records subject to a level 1 restriction on public access. An accompanying brief is being filed as a restricted document.

Dated: October 5, 2018                      Respectfully submitted,

                                                     s/ Jay Nanavati
                                                     Jay R. Nanavati
                                                     Kostelanetz & Fink LLP
                                                     601 New Jersey Avenue NW
                                                     Suite 620
                                                     Washington, DC 20001
                                                     (202) 875-8000 (T)
                                                     (202) 844-3500 (F)
                                                     jnanavati@kflaw.com

                                                     *Attorney for Defendant William Whittington*