**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge Robert E. Blackburn**

Date:                    October 9, 2018

Deputy Clerk:            Leigh Roberson
Court Reporter:          Julie Thomas
Probation Officer:       Erika Ball

---

Criminal Action No. **18-cr-00183-REB-DW**          Counsel:

UNITED STATES OF AMERICA,                           Lori Hendrickson

      Plaintiff,

v.

WILLIAM M. WHITTINGTON,                             Jay Nanavati

      Defendant.

---

## SENTENCING MINUTES

---

**1:30 p.m.      Court in session.**

Appearances of counsel. Defendant is present on bond.

Court's opening remarks.

The parties have received and reviewed the presentence report(s) and all addenda.

Also pending before the Court relevant to sentencing are the following:
- Minutes of Initial Appearance, Waiver of Indictment, Entry of Plea, and Bond Hearing [ECF 2], filed May 2, 2018
- Consent Pursuant to Durango Protocol [ECF 7], filed May 2, 2018
- Government's Notice of Parties' Stipulation as to Restitution Amount [ECF 18], filed September 14, 2018
- Government's Sentencing Statement [ECF 19], filed September 25, 2018
- Defendant's Sentencing Memorandum [ECF 23], filed September 27, 2018
- Defendant's Motion to Continue Sentencing or to Delay Report Date to Bureau of Prisons [ECF 20], filed September 27, 2018

Statement by defense counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED:**

1.  That the plea agreement of the parties as presented in [ECF 8] and [ECF 9] is formally approved;

2.  That the objections of the defendant to the recommended special conditions of supervision as stated in Defendant's Objections and Clarifications to Presentence Report [ECF 28] are overruled;

3.  That judgment of conviction is entered on Count 1 of the Information;

4.  That it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **18 months**;

5.  That upon release from imprisonment, the defendant shall be placed on supervised release for a term of **one year**;

6.  That within **72 hours** of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district in which he is released;

7.  That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervision identified on pages R-2 and R-3 of the Amended Sentencing Recommendation [ECF 21-1]:

8.  That no fine is imposed;

9.  That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

10. That the restitution stipulated by the parties has been paid in full;

11. That this Court recommends that the Bureau of Prisons designate the defendant to the official detention facilities that were identified by his counsel in his related request to the Court; and

12. That presentence confinement shall be determined by the Bureau of Prisons.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court.

The Court raises Defendant's Motion to Continue Sentencing or to Delay Report Date to Bureau of Prisons [ECF 20] for argument.

Argument.

Court's findings and conclusions.

**IT IS ORDERED** that that portion of Defendant's Motion to Continue Sentencing or to Delay Report Date to Bureau of Prisons [ECF 20] seeking a delayed reporting date to the Bureau of Prisons is denied.

A written order shall issue requiring defendant to report to the official detention facility designated by the Bureau of Prisons on a specific date and at a specific time.

**2:08 p.m.       Court in recess.**

Total time in court: 00:38

Hearing concluded.