IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:18-cr-00183-REB-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM M. WHITTINGTON,

        Defendant.

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

    IT IS ORDERED that Defendant, WILLIAM M. WHITTINGTON, having been sentenced in the above-named case to the custody of the Bureau of Prisons, shall surrender himself by reporting to the Warden, USP Satellite Prison Camp, Tucson, Arizona, on November 20, 2018, by 12:00 p.m. (noon, MST) and shall travel at his own expense.

    DATED at Denver, Colorado, this __19th__ day of October, 2018.

BY THE COURT:

*/s/ Bob Blackburn*
Robert E. Blackburn
Senior United States District Judge