# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  18-cr-00183-REB-DW

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. WILLIAM WHITTINGTON,

     Defendant.

## ORDER GRANTING MOTION TO RESTRICT

**Blackburn, J.**

The matter before me is **Defendant's Motion to Restrict Public Access** [#30],[1] filed October 5, 2018. The requirements of D.C.COLO.LCrR 47.1 have been satisfied. A showing of compelling reasons has been made.  No objections have been filed. Thus, CM/ECF document [#31], filed October 5, 2018, is entitled to Level 1 restriction as defined by D.C.COLO.LCrR 47.1(b).  ("Level 1 limits access to the parties and the court.")

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendant's Motion to Restrict Public Access** [#30], filed October 5, 2018, is granted; and

2. That CM/ECF document [#31], filed October 5, 2018,, shall be maintained

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

under Level 1 restriction as defined by D.C.COLO.LCrR 47.1(b).

Dated October 30, 2018, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge